

United States of America
FEDERAL TRADE COMMISSION
Division of Marketing Practices

Colleen B. Robbins
Attorney

600 Pennsylvania Ave. NW
Washington, DC 20580

(202) 326-2548
crobbins@ftc.gov

November 19, 2012

By E-Mail
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *FTC v. Pecon Software Ltd et al.*, No. 12-cv-7186
     *FTC v. PCCare247, Inc. et al.*, No. 12-cv-7189
     *FTC v. Lakshmi Infosoul Services Pvt Ltd. et al.*, No. 12-cv-7191
     *FTC v. Zeal IT Solutions Pvt Ltd. et al.*, No. 12-cv-7188
     *FTC v. Finmaestros, LLC et al.*, No. 12-cv-7195
     *FTC v. Marczak et al.*, No. 12-cv-7192

Dear Judge Engelmayer:

Per the Court's Order dated October 10, 2012, entered in *FTC v. PCCare247, Inc. et al.*, No. 12-cv-7189, the Federal Trade Commission submits this status letter to the Court.

   1.  <u>FTC v. PCCare247, Inc. et al., No. 12-cv-7189</u>

A Preliminary Injunction hearing was held on November 13, 2012.  On November 15, 2012 the Court held a teleconference informing the parties of its findings from the hearing and issued a Preliminary Injunction against all of the parties to the hearing with some modifications to the FTC's proposed PI, including releasing Parmeshwar Agrawal and Connexxions India from the asset freeze.  The Court set several dates by which the Defendants are supposed to turn over documents as required under the TRO/PI and set a status conference date of January 4, 2013.

   2.  <u>FTC v. Marczak et al., No. 12-cv-7192</u>

The FTC and Defendant Mikael Marczak are engaged in negotiations in an effort to resolve this action.  Mr. Marczak has provided his financial documents and is in the process of

providing additional information pertaining to his business activities. He was served on September 27, 2012, and has not filed responsive pleadings with the Court.

    3.  FTC v. Pecon Software Ltd et al., No. 12-cv-7186, FTC v. Lakshmi Infosoul Services Pvt Ltd. et al., No. 12-cv-7191, FTC v. Finmaestros, LLC et al., No. 12-cv-7195

The FTC and Mr. Dichter, the attorney for the above-captioned cases, have had initial settlement talks. The FTC is waiting for documents from the Defendants that will aid in settlement negotiations. In addition, Mr. Dichter does not represent Finmaestros LLC, New World Services, Inc., Megabites Solutions, LLC, Greybytes Cybertech P. Ltd., and Shine Solutions Pvt Ltd. We are not aware of anyone representing these parties.

    4.  FTC v. Zeal IT Solutions Pvt Ltd. et al., No. 12-cv-7188

We have not been contacted by the Defendants.

    Respectfully submitted,

    s/Colleen B. Robbins
    Colleen B. Robbins

cc: Joel Dichter, Esq.
Michael Thurman, Esq.
Michael Mallow, Esq.
Howard Camhi, Esq.
S. Todd Neil, Esq.
Jonathan Harris, Esq.
Julie Withers, Esq.
Jack Wenik, Esq.
Marc Ullman, Esq.