


FW: WHY HAS NO ONE ANSWERED MY EMAIL OR TELEPHONE CALLS
Vikas Agrawal
to:
ctodaro
01/06/2013 10:55 AM
Hide Details
From: "Vikas Agrawal" <vikas.agrawal@pccare247.com>

To: <ctodaro@ftc.gov>



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/13

Dear Ms. Todaro,

Kindly find below a feedback email from one of our valuable customer.

Thanks & Regards,
Vikas Agrawal

**From:** Pam [mailto:bapstarr@bellsouth.net]
**Sent:** 05 January 2013 01:34
**To:** Cases PC CARE 247
**Subject:** WHY HAS NO ONE ANSWERED MY EMAIL OR TELEPHONE CALLS

After trying to contact you with several DIFFERENT telephone numbers given to me from YOUR representative, I have had no luck. The calls do not go through.

My previous communications have been very successful and well handled. However.....

When I Googled your company to make sure I had the correct number, I found numerous awful reviews about your company. I have been using you for almost 2 years, and have NEVER had a problem contacting a REAL person. What is going on? I am very disheartened and dissatisfied.

Pamela Starr
561-330-0701-home
770-826-9913-mobile



**Ref.: Civil Action No. 12-cv-7189 (PAE)**
**Vikas Agrawal**   to: ctodaro                                          01/06/2013 10:52 AM

From:   "Vikas Agrawal" <vikas.agrawal@pccare247.com>
To:     <ctodaro@ftc.gov>

Dear Ms. Todaro,

Kindly find below a feedback email from one of our valuable customer.

Thanks & Regards,
Vikas Agrawal

-----Original Message-----
From: Ginny Wilson [mailto:dwilson260@cfl.rr.com]
Sent: 05 January 2013 20:25
To: Cases PC CARE 247;
Subject: Unable to contact PCCare247 regarding my account

Hello,
My name is David Wilson and I had an account with PCCare 247 for several years.  I believe my contract with you expired 11-25-2012. I had been trying to reach you by phone for over a month and the phone numbers I had to reach you 1-855-877-5848 and 5849 always rang as busy.  I am still unable to reach you by phone.  I got this e-mail address from the CCleaner/Piriform icon on my desk top.  It lists this e-mail address and the case numbers of #CAS-02596-H6p6 and CAS-04581*F3ZO.  I wanted one last computer repair before my contract with you ran out.  I want to know if you are still in business.  I would like to know how much it would cost for another one year contract.  I have tried to reach Karan Agrawal by e-mail, but so far with out success.
Please contact me regarding this matter.

Thank you,

David Wilson
1-386-775-4695



Ref.: Civil Action No. 12-cv-7189 (PAE)
Vikas Agrawal
to:
ctodaro
01/03/2013 10:46 PM
Cc:
"'Marc Ullman'", "'Jack Wenik'"
Hide Details
From: "Vikas Agrawal" <vikas.agrawal@pccare247.com>

To: <ctodaro@ftc.gov>

Cc: "'Marc Ullman'" <marc@usulaw.com>, "'Jack Wenik'" <JWENIK@sillscummis.com>

1 Attachment


ht.pdf

Dear Ms Todaro,

Kindly refer to above case number.

Thank you for taking out your valuable time to read this email.

I would request you to please refer to Exhibit 27 Attachment AA submitted by you,

page no. 74 line no. 15 – Our agent clearly denies being associated with Norton
page 75 line no. 14 – Our agent clearly tells our company's name and ask "please tell me if you are a customer of PCCare247"
page 80 line no. 16 – FTC's transcript is wrong. Our agent said "we're 3rd party technical for Norton"
page 115 line no. 25 – our agent denies being linked with Microsoft page 132 line no. 18 - FTC's transcript is wrong. Our agent said "it is secure with Avast Internet Security".

These are parts of transcripts of the FTC's undercover agent's call.

Regarding the FTC's undercover agent's call, the undercover agent has forced the sales person to make a false statement by frustrating him by repeatedly asking him the same question again and again. The wrong statement was made by a 3rd person, the 1st two agents didn't misrepresented themselves. Our salesman repeatedly denied being associated with Norton or Microsoft. He installed Avast and clearly told her this. Four or five times on the call, we denied being associated with a reputed company like Norton or Microsoft. In addition it is clear that we installed paid Avast security, not free one as claimed by FTC's specialist. So this claim is not reliable.

This fact was not noticed by you and you have given considerable weightage to what happened in this call. If this was noticed there was a good chance that you would have considered otherwise and would have come to know that it is not our policy to misrepresent and we do give valuable services to customers. If there was some error on part of any agent they are corrected and re-trained.

But that did not happen and our tech support business has been shut down. Our website, telephone numbers are also closed. All our employees have either left us or have been asked to leave. Also we don't have any other business as our complete focus was on this tech support business and we rose as a market leader. We tried getting new business vertical. But, there is no new business coming in due to huge negative publicity from this FTC case. Our existing few customers have also left us due to this negative publicity. No company or consultant or individual is willing to trust us. Also there was a recent employee agitation for salaries which were due to be paid to them. This has completely eradicated our goodwill in employee market and no new employee is willing to join us, at least for time being. Banks are not willing to lend us any money and we also cannot take any secured loan as per your directive. We don't have any liquid assets. Further, FTC is not permitting withdrawal of payments received in our Chase bank account. Also, we have about USD 120,000 stuck with a payment processor called Paycommerce. These funds are stuck since March 2012. But they are not releasing this giving this present case's reason.

All this has dried up our funds completely and we are not even able to clear our vendor's bills. There is always a queue of vendors – cab, food, security, etc. - at our office reception which cause disruption in services. Also there is power shut down and lock out of all our office assets, and more legal hassles from other vendors. We have also received notices from our office landlord, Microsoft and local labor court.

You are aware that 6 tech companies were served the court notices. We were the only one who appeared before the Hon'ble Court and complied with all its requirements. Also, we as law abiding individuals, travelled from India and appeared in court in person and respectfully tried to fulfill all requirements of FTC including submission of all financial details. We had expected that we would be able to convince the court to keep at least our support services to customers in place. But this did not materialize. We did not get the relief which we hoped and expected. This has

jeopardized all our plans and left our future uncertain. We are in a complete dilemma regarding what to do.

We are in this legal mess in the US Court for no fault of ours and we have no malintentions. We have always given our best support to our customers. We've provided support to customers multiple times. Many of our customers have been supported more than 5 times over last almost 3 years. We've more than 1000 appreciations.

We want to continue this defense and comply with all court's orders but we don't have means to do so. The only funds that we have available are with Paycommerce. If FTC can get those funds released from Paycommerce, we'll be glad to pay the attorney remaining fee out of it. Their address is as follows:
· Address:100 Matawan Road, Suite 130
· Matwan
· New Jersey
· 07747
· United States
· Telephone:+ 855 4PAYCOM (Toll free), +1 732 562 0020,
· Fax:+1 732 536 5983
· Skype:paycommerce
· Twitter:@paycommerce
· Facebook:paycommerce
· LinkedIn:paycommerce
· http://www.paycommerce.com
Other Locations:
103 Carnegie Center
Suite 300
Princeton, NJ 08541
We also hoped that Navin Parsari, Sanjay Agarwalla, Parmeshwar Agrawal and Connexxions IT Services (P) Limited would be out of this case. Navin, Sanjay and Parmeshwar did not have any interaction with any client nor were they involved in any day to day operation.

We've no assets in this business and hence there can't be any repatriation.

Connexxions IT Services (P) Ltd is a separate company altogether which has only marble business and its IT business dreams never fructified.

I request you to consider above and provide relief to us by dismissing the case, restoring website, phone numbers, de-freezing the assets and allowing us to continue to do business. We have always provided support to our customers and want to do in future too. If any customer feels he has been wronged we are ready to apologize.

Can government provide us an attorney for our defense, since we are not able to afford one?

Thanks & Regards,

Vikas Agrawal

Encl: News Clipping from the Hindustan Times



**Ref.: Civil Action No. 12-cv-7189 (PAE)**
vikas.agrawal   to: ctodaro                                          01/03/2013 12:40 PM

From:   vikas.agrawal@pccare247.com
To:     ctodaro@ftc.gov

Dear Ms Todaro,

Kindly refer to above case number.

Thank you for taking out your valuable time to read this email.

I would request you to please refer to Exhibit 27 Attachment AA submitted by you,

page no. 74 line no. 15 - Our agent clearly denies being associated with Norton
page 75 line no. 14 - Our agent clearly tells our company's name and ask "please tell me if you are a customer of PCCare247"
page 80 line no. 16 - FTC's transcript is wrong. Our agent said "we're 3rd party technical for Norton"
page 115 line no. 25 - our agent denies being linked with Microsoft page 132 line no. 18 - FTC's transcript is wrong. Our agent said "it is secure with Avast Internet Security".

These are parts of transcripts of the FTC's undercover agent's call. Regarding the FTC's undercover agent's call, the undercover agent has forced the sales person to make a false statement by frustrating him by repeatedly asking him the same question again and again. The wrong statement was made by a 3rd person, the 1st two agents didn't misrepresented themselves. Our salesman repeatedly denied being associated with Norton or Microsoft. He installed Avast and clearly told her this. Four or five times on the call, we denied being associated with a reputed company like Norton or Microsoft. In addition it is clear that we installed paid Avast security, not free one as claimed by FTC's specialist. So this claim is not reliable.

This fact was not noticed by you and you have given considerable weightage to what happened in this call. If this was noticed there was a good chance that you would have considered otherwise and would have come to know that it is not our policy to misrepresent and we do give valuable services to customers. If there was some error on part of any agent they are corrected and re-trained.

But that did not happen and our tech support business has been shut down. Our website, telephone numbers are also closed. All our employees have either left us or have been asked to leave. Also we don't have any other business as our complete focus was on this tech support business and we rose as a market leader. We tried getting new business vertical. But, there is no new business coming in due to huge negative publicity from this FTC case. Our existing few customers have also left us due to this negative publicity. No company or consultant or individual is willing to trust us. Also there was a recent employee agitation for salaries which were due to be paid to them. This has completely eradicated our goodwill in employee market and no new employee is willing to join us, at least for time being. Banks are not willing to lend us any money and we also cannot take any secured loan as per your directive. We don't have any liquid assets. Further, FTC is not permitting withdrawal of payments received in

our Chase bank account. Also, we have about USD 120,000 stuck with a payment processor called Paycommerce. These funds are stuck since March 2012. But they are not releasing this giving this present case's reason.

All this has dried up our funds completely and we are not even able to clear our vendor's bills. There is always a queue of vendors – cab, food, security, etc. - at our office reception which cause disruption in services. Also there is power shut down and lock out of all our office assets, and more legal hassles from other vendors.  We have also received notices from our office landlord, Microsoft and local labor court.

You are aware that 6 tech companies were served the court notices.  We were the only one who appeared before the Hon'ble Court and complied with all its requirements. Also, we as law abiding individuals, travelled from India and appeared in court in person and respectfully tried to fulfill all requirements of FTC including submission of all financial details. We had expected that we would be able to convince the court to keep at least our support services to customers in place. But this did not materialize. We did not get the relief which we hoped and expected. This has jeopardized all our plans and left our future uncertain. We are in a complete dilemma regarding what to do.

We are in this legal mess in the US Court for no fault of ours and we have no malintentions.  We have always given our best support to our customers. We've provided support to customers multiple times. Many of our customers have been supported more than 5 times over last almost 3 years. We've more than 1000 appreciations.

We want to continue this defense and comply with all court's orders but we don't have means to do so. The only funds that we have available are with Paycommerce. If FTC can get those funds released from Paycommerce, we'll be glad to pay the attorney remaining fee out of it. Their address is as follows:
- Address:100 Matawan Road, Suite 130
- Matwan
- New Jersey
- 07747
- United States
- Telephone:+  855 4PAYCOM (Toll free),  +1 732 562 0020,
- Fax:+1 732 536 5983
- Skype:paycommerce
- Twitter:@paycommerce
- Facebook:paycommerce
- LinkedIn:paycommerce
- http://www.paycommerce.com

Other Locations:
103 Carnegie Center
Suite 300
Princeton, NJ 08541

We also hoped that Navin Parsari, Sanjay Agarwalla, Parmeshwar Agrawal and Connexxions IT Services (P) Limited would be out of this case. Navin, Sanjay and Parmeshwar did not have any interaction with any client nor were they involved in any day to day operation.

We've no assets in this business and hence there can't be any repatriation.

Connexxions IT Services (P) Ltd is a separate company altogether which has only marble business and its IT business dreams never fructified.

I request you to consider above and provide relief to us by dismissing the

case, restoring website, phone numbers, de-freezing the assets and allowing us to continue to do business. We have always provided support to our customers and want to do in future too. If any customer feels he has been wronged we are ready to apologize.

Can government provide us an attorney for our defense, since we are not able to afford one?

Thanks & Regards,
Vikas Agrawal