

**Docket and File**



12th March 2013

To,
Hon'ble Judge Paul A. Engelmayer,
District Judge,
United States District Court for the Southern District of New York,
500 Pearl Street, New York,
NY 10007-1312

Ref: Reference: 12-cv-7189 (PAE)

Respected Your Honor,

Kindly find attached the letter and documents for your consideration. We sent the same on 11th March 2013 to Christian Todaro, attorney for the Federal Trade Commission for the above said case.

We request you to kindly instruct FTC to grant our requests. Also we request you to appoint an attorney for us as requested in the attached letter.

Thanking You,

Yours Truly,

For PCCare247 Inc , et al

Vikas Agrawal
Encl: As Above

---

**PCCare247 Solutions (P) Ltd.**
Address : Office No. 3, 6th Floor, Tower B, Building No. 14, Phase III, DLF Cyber City, Gurgaon-122002, Haryana-India
Ph. No. - +91-124-4655200    Fax No. - +91-124-4655299
E-mail - support@pccare247.com    Web - www.pccare247.com



Monday, 11 March 2013

To,
Christian Todaro,
Attorney,
Division of Marketing Practices,
Federal Trade Commission,
600 Pennsylvania Ave, N.W.
Washington, D.C. 20580

Reference: 12-cv-7189 (PAE)

Dear Ms. Todaro

Thank you for taking out time to read out this letter.

I would like to assure you that we want to pursue our case in the court, but we don't have any means to do so. My father has already paid huge fee to our previous attorneys – Marc Ullman and Jack Wenik. But we had to short stop due to our funds being dried up. As previously also requested, if the court can provide us an attorney we can contest this case or else a mechanism as mentioned below can be set to pay the attorney's fee:

We've more than $120,000 stuck with a processor – Paycommerce Inc., New York. He is not paying us. He cites the reason that FTC has barred him from doing so. The mail is produced as Appendix I for your reference. As you can see in the highlighted texts in many places, we've been requesting them to release the payment as we have to pay fees to our attorneys and abide by the orders of the honourable court. So I urge you to direct Paycommerce to transfer funds in an escrow account. Whenever the attorney raises his bill, the same can be submitted to us and yourself and we'll approve it and send it you and you can order the release of the same from escrow account. We've already provided the details of Paycommerce in the previous communication.

I would also like to bring in your notice that in spite of our business being down, we ourselves are constantly giving support to our customers. We solve many cases in a day. In appendix II, we produce some appreciations and correspondence that we received very recently.

Since, as previously informed, all our employees have left us (Appendix III), we ourselves are providing support to most customers. We also can't afford to keep a technician as we'll not be able to afford their salary.

We've received total 21 chargebacks since 1st Oct 2012, the time since our telephone lines are down. 90% of them are because customers are not able to reach us. Hardly any of them are for any other reason. I request you to please get our website and telephone line up so customers feel comfortable. We're a legitimate company. While looking for bad apples, a genuine company has been punished for no fault of its. Already due to this case we are not able to pay even our instalment to the banks and they are putting a lot of pressure on us. In Appendix IV, there is a letter from the bank.

I hope you will consider our request and provide us an attorney through above mechanism so we can defend ourselves.

Thanking You,
Yours Truly,
For PCCare247 Inc., et al,

Vikas Agrawal

Encl: As Above

**PCCare247 Solutions (P) Ltd.**
Address : Office No. 3, 6th Floor, Tower B, Building No. 14, Phase III, DLF Cyber City, Gurgaon-122002, Haryana-India
Ph. No. - +91-124-4655200      Fax No. - +91-124-4655299
E-mail - support@pccare247.com      Web - www.pccare247.com

**Anuj Agrawal**

| | |
|---|---|
| **From:** | A Naushad <anaushad@paycommerce.com> |
| **Sent:** | 14 January 2013 21:28 |
| **To:** | Anuj Agrawal |
| **Cc:** | Vikas Agrawal; jmcdonald@paycommerce.com; jmckenna@paycommerce.com; jgeorge@paycommerce.com; anazeer@paycommerce.com; Sameer Jain; lyohannan@paycommerce.com; Thomas Pratt |
| **Subject:** | Re: Payment Release |
| **Attachments:** | FTC v. PCCare247 Inc.Preliminary Injunction.pdf |

Dear Mr. Agarwal,

First of all, I want to clarify that it is the processor who is holding your funds and not PayCommerce due to your high chargebacks, dispute rates and 2-3 year subscriptions committments.  Most importantly, PayCommerce and it's processing partners have have been notifiedin writing by FTC to freeze any accounts and assets PCCARE247, due to ongoing litigation against your firm in the United States court.   Please see attached injuction notice and email below showing the last communication from FTC we have received.

We are obliged to support any decision by local authorities and processing partners we work with. Therefore, I would advise you to refrain from contacting us further in the future.  We will only contact you if we receive any resolution from FTC and our processors.

Sincerely,
A. Naushad

---------- Forwarded message ----------
Subject: FTC v. PCCare247 Inc. et al.: Preliminary Injunction
To: "anaushad@paycommerce.com" <anaushad@paycommerce.com>, "jmcdonald@paycommerce.com" <jmcdonald@paycommerce.com>, "tpratt@paycommerce.com" tpratt@paycommerce.com

Please see the attached Preliminary Injunction entered in FTC v PCCare247 Inc et al  The Preliminary Injunction freezes assets held by financial institutions, broker-dealers and other entities and individuals on behalf of certain defendants named in this action, and it specifically authorizes service of the Order by any means  Section VII requires you hold and retain and prohibit the withdrawal, removal, or other disposal of any assets, funds or other property presently held by you or under your control on behalf of certain defendants  Please refer to the Preliminary Injunction itself for the exact provisions contained therein and a list of entities covered by the Preliminary Injunction

Thank you.

Christine M Todaro

Federal Trade Commission

600 Pennsylvania Ave , N W

Washington DC  20580


On Mon, Jan 14, 2013 at 5:44 AM, Anuj Agrawal <anuj.agrawal@pccare247.com> wrote:

Dear All,

1

I expect all of you to be professional. Please at least someone responsible in this company , please reply. I would really appreciate that


Thanks,

Anuj Agrawal

---

**From:** Vikas Agrawal [mailto:vikas.agrawal@pccare247.com]
**Sent:** 13 January 2013 18:30
**To:** lyohannan@liquidhub.com
**Cc:** jmcdonald@paycommerce.com; jmckenna@paycommerce.com; jgeorge@paycommerce.com; anazeer@paycommerce.com; skader@paycommerce.com; tpratt@paycommerce.com; "Sameer Jain"; anaushad@paycommerce.com; anuj.agrawal@pccare247.com; dholman@paycommerce.com; nabdul@paycommerce.com; lyohannan@paycommerce.com; mmn.paycom@gmail.com
**Subject:** RE: Payment Release


Dear Leighton,


Any update. We are in urgent need of the payment. It has been more than 300 days.

We have to give payment to our attorneys.


Please consider it as very urgent as there might be a default judgement against us in case of non-payment to attorneys.


Thanks & Regards,

Vikas Agrawal

---

**From:** Vikas Agrawal [mailto:vikas.agrawal@pccare247.com]
**Sent:** 11 January 2013 16:24
**To:** 'lyohannan@liquidhub.com'
**Cc:** 'jmcdonald@paycommerce.com'; 'jmckenna@paycommerce.com'; 'jgeorge@paycommerce.com'; 'anazeer@paycommerce.com'; 'skader@paycommerce.com'; 'tpratt@paycommerce.com'; "Sameer Jain' (sjain@paycommerce.com)'; 'anaushad@paycommerce.com'; 'anuj.agrawal@pccare247.com'; 'dholman@paycommerce.com'; 'nabdul@paycommerce.com'; 'lyohannan@paycommerce.com'; 'mmn.paycom@gmail.com'
**Subject:** RE: Payment Release

Dear Leighton,

Any update. We are in urgent need of the payment. It has been more than 300 days.

We have to give payment to out attornies.

Thanks & Regards,

Vikas Agrawal

---

**From:** Vikas Agrawal [mailto:vikas.agrawal@pccare247.com]
**Sent:** 05 January 2013 17:11
**To:** 'lyohannan@liquidhub.com'
**Cc:** 'rkapoor@paycommerce.com'; "Sukhdeep Singh' (ssingh@paycommerce.com)'; 'jmcdonald@paycommerce.com'; 'jmckenna@paycommerce.com'; 'jgeorge@paycommerce.com'; 'anazeer@paycommerce.com'; 'skader@paycommerce.com'; 'tpratt@paycommerce.com'; "Sameer Jain' (sjain@paycommerce.com)'; 'anaushad@paycommerce.com'; 'anuj.agrawal@pccare247.com'
**Subject:** RE: Payment Release

Dear Leighton,

Any update. We are in urgent need of the payment. It has been more than 300 days.

Thanks & Regards,

Vikas Agrawal

---

**From:** Vikas Agrawal
**Sent:** 12 December 2012 11:15
**To:** 'lyohannan@liquidhub.com'
**Cc:** 'rkapoor@paycommerce.com'; "Sukhdeep Singh' (ssingh@paycommerce.com)'; Anuj Agrawal; 'jmcdonald@paycommerce.com'; 'jmckenna@paycommerce.com'; 'jgeorge@paycommerce.com'; 'anazeer@paycommerce.com'; 'skader@paycommerce.com'; 'tpratt@paycommerce.com'; "Sameer Jain' (sjain@paycommerce.com)'; 'anaushad@paycommerce.com'; vikas.agrawal@iconnexxions.com
**Subject:** RE: Payment Release

3

Dear Leighton,

Any update. We are in urgent need of the payment. It has been more than 270 days.

Thanks & Regards,

Vikas Agrawal

---

**From:** Vikas Agrawal
**Sent:** 28 November 2012 23:00
**To:** 'lyohannan@liquidhub.com'
**Cc:** 'rkapoor@paycommerce.com'; "Sukhdeep Singh' (ssingh@paycommerce.com)'; Anuj Agrawal; 'jmcdonald@paycommerce.com'; 'jmckenna@paycommerce.com'; 'jgeorge@paycommerce.com'; 'anazeer@paycommerce.com'; 'skader@paycommerce.com'; 'tpratt@paycommerce.com'; "Sameer Jain' (sjain@paycommerce.com)'; anaushad@paycommerce.com
**Subject:** RE: Payment Release

Dear Leighton,

Any update. We are in urgent need of the payment.

Thanks & Regards,

Vikas Agrawal

---

**From:** Vikas Agrawal
**Sent:** 26 November 2012 12:26
**To:** 'lyohannan@liquidhub.com'
**Cc:** 'rkapoor@paycommerce.com'; "Sukhdeep Singh' (ssingh@paycommerce.com)'; Anuj Agrawal; 'jmcdonald@paycommerce.com'; 'jmckenna@paycommerce.com'; 'jgeorge@paycommerce.com'; 'anazeer@paycommerce.com'; 'skader@paycommerce.com'; 'tpratt@paycommerce.com'; "Sameer Jain' (sjain@paycommerce.com)'; anaushad@paycommerce.com
**Subject:** Payment Release

Dear Leighton,

4

It's a kind request to kindly get the amount released as court has instructed to pay the amount to our Attorney and accountant.

Consider this as most urgent.

Thanks & Regards,

Vikas Agrawal

---

**From:** Vikas Agrawal
**Sent:** 20 November 2012 10:47
**To:** 'Sameer Jain' (sjain@paycommerce.com)
**Cc:** anaushad@paycommerce.com; 'rkapoor@paycommerce.com'; 'Sukhdeep Singh' (ssingh@paycommerce.com); Anuj Agrawal (Anuj.Agrawal@pccare247.com)
**Subject:** Payment Release

Dear Sameer,

It has been about 240 days that the gateway is holding our payment.

It's a kind request to kindly get the amount released as court has instructed to pay the amount to our Attorney and accountant.

Consider this as most urgent.

Thanks & Regards,

Vikas Agrawal

--

*Abdul K. Naushad*
PayCommerce Inc. | 100 Matawan Road, Suite 130 | Matawan, NJ 07747.

5

*Mobile -* <u>732.925.1582</u>
*Desk -* <u>732.562.0020</u> *Ext. 111*
*Toll free -* <u>855 4PAYCOM</u>
*Fax -* <u>732.536.5983</u>

<u>www.paycommerce.com</u>
*Empowering Financial Supply Chain*

PRIVILEGED AND CONFIDENTIAL COMMUNICATION
This E-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. This information is confidential information and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner.

Contact PCCare247

**From:** l█████@windstream.net
**Sent:** 04 March 2013 20:09
**To:** █████@pccare247.com
**Subject:** Can't bring up our MSN.com page

The last time that we talked about 1 1/2 week ago, when you cleaned our computer to make it faster you did away with our homepage MSN.com and it's never been able to get it back to work properly. And it is currently not working. I know we deleted Bing, but I'm not sure if this is the cause. Can you help me please. Call (███████████
Thank you so much!  Lorie

1

**From:** Marcelle Dillard <m███████@yahoo.com>
**Sent:** 26 February 2013 22:13
**To:** ██@pccare247.com

I am very concerned because your website is down, none of your numbers are working and I am seeing lots of negative posts about this site. We have had good working relations with you until now and I am hoping this is just an event where you are working on a problem with your site that will be resolved soon. In the meantime, I need assistance so please call me asap. Thank you.

My account is listed under a different email: a█████1.@yahoo.com. Wanda Dillard ████████████ ███,██████, ██ █████. Transaction 1001443 representative Divya Luthra. Please make a change in my email to reflect the new one as the old account does not work. The new one is m█████████d@yahoo.com. My phone number has not changed. ████████ and ████████. The last reference number I have is 74748. We are standing by waiting right now for someone to call us. Thank you.

http://██████  True love transcends time and space to find us wherever we are

**Contact PCCare247**

**From:** Salam Hasan <b▓▓▓@aol.com>
**Sent:** 16 February 2013 20:48
**To:** ▓▓▓ PCCare247
**Subject:** RE: Calls not answered

It was from 2011 to 2012. I wanted to renew it, but no one is answering my calls.

Sent to you from Salam's phone

Contact PCCare247 <▓▓▓@pccare247.com> wrote:

>Hi,
>
>Till when is your subscription with us?
>
>-----Original Message-----
>From: b▓▓▓@aol.com [mailto:b▓▓▓@aol.com]
>Sent: 14 February 2013 09:50
>To: ▓▓▓@pccare247.com
>Subject: Calls not answered
>
>Hi,
>
>My name is Salam Hasan and I am a returning customer. I have been
>calling and am not getting an answer. Was the phone number changed or something??
>
>Please either call me at ▓▓▓▓▓▓, or give me a number I can call.
>Please respond to me because my computer seems to be infected.
>
>Thank you,
>Salam Hasan
>

1

**Contact PCCare247**

**From:** d⬛⬛k@comcast.net
**Sent:** 12 February 2013 19:36
**To:** ⬛⬛@pccare247.com
**Subject:** Re: PCCARE247 Tech Support

Dear Mr. Agrawal,
Thank you for the help you gave me last week.

While my case has been closed, there are some things that have been changed by PCCare247 on my home page for Internet Explorer that need attention. I no longer have my favorites on the opening page, nor do I have the weather on the upper right hand side line that was placed there specifically and importantly by Satish Kumar. That is separate and apart from the Comcast weather on the left hand side of the page. I now am always prompted to "close all tabs" or not whenever I exit from Internet Explore and that has not happened before. So, it is clear that my home page needs to be re-visited and re-adjusted.

This next problem is one which I suggest you take up with your supervisor.
I received a phone call this past Sunday early morning from PCCare247 which I was not able to respond to at that moment. The woman who phoned agreed to phone me in one hour's time. She has not phoned. And so I turn to you, Mr.
Agrawal, to help forward my problem to the correct source. As you know, when I had a problem with my computer freezing, I tried for almost a lengthy
time to reach you by phone. As you know, this was not possible because of
PCCare issues having nothing to do with me. And so, I employed the services of a local computer repair person on January 10, 2013 which cost me $50.00.
I feel it is the responsibility of PCCare to make restitution for this expense. I additionally feel strongly that my contract with you should be extended to reflect your inaccessibility which was no fault of mine. I have been most satisfied with the service you provide and look forward to an amicable solution from you.

Sincerely,
Phyllis S. Kramer

---

From: <⬛⬛@pccare247.com>
Sent: Thursday, February 07, 2013 2:40 PM
To: <d⬛⬛k@comcast.net>
Cc: <⬛⬛@pccare247.com>
Subject: Re: PCCARE247 Tech Support

> Dear Madam,
> Your case has been closed.
>
>
> _____
> From:d⬛⬛k@comcast.net
> To:⬛⬛@pccare247.com
> Date:Thu, February 7, 2013 7:45 pm
> Subject:Re:&#32;PCCARE247&#32;Tech&#32;Support
>
>
>> Dear Mr. Agrawal,
>> I am now at home and hope you will be able to phone me and tend to my
>> computer.

1

**From:** Pritzls <█████@athenet.net>
**Sent:** 10 February 2013 00:40
**To:** █████@pccare247.com
**Subject:** RE: Case resolved PCCare247

Please let everyone know that I am very happy with your service.

Thank you!

Jerry Pritzl

-----Original Message-----
From: █████@pccare247.com [mailto:█████@pccare247.com]
Sent: Friday, February 08, 2013 1:18 PM
To: █████@athenet.net
Subject: Case resolved PCCare247

Dear Customer,
Case has been resolved. Case number was : PCCARE-JP-0000238.

Regards
Niket Agrawal
PCCare247

| | |
|---|---|
| **From:** | coop <█████@cogeco.ca> |
| **Sent:** | 09 February 2013 22:30 |
| **To:** | █████@pccare247.com |
| **Subject:** | computer help |

I have an issue with my computer have called the number you provided me and it does not work. Please call me at ███████. Service has been excellent in the past is there a new number I should be using

Thanks

John Cooper

| | |
|---|---|
| **From:** | Thomas Erwin, Jr. <t████@bellsouth.net> |
| **Sent:** | 07 February 2013 00:06 |
| **To:** | ████@pccare247.com |
| **Subject:** | Re: PCCARE247 Tech Support |

Thank you, excellent tech help

Thomas Erwin

------------------------------------------------

From: <████@pccare247.com>
Sent: Wednesday, February 06, 2013 12:08 PM
To: <t████@bellsouth.net>
Subject: PCCARE247 Tech Support

> Case numbered PCCARE-JP-0000022 is closed.
>
> Regards
> Niket Agrawal
>

Printed from
# THE TIMES OF INDIA

## Call centre staff protest, seek three months' salary

By Sanjay Yadav, TNN | Dec 6, 2012, 02.37 AM IST

GURGAON: About 50 employees of PC-24x7 Care Solution Company, a call centre located in DLF-III, held a protest in front of the company owner's house in Sushant Lok on Wednesday morning. They alleged that they had not received their salaries for the past three months.

After some time when police came to mediate, the company officials gave a written assurance that they would provide the salaries to employees soon.

According to police, Vikas Aggarwal and Anuj Aggarwal, residents of Westend Heights, Sushant Lok have been running the call centre, PC-24x7 Care Solution Company in DLF-III with around 150 employees, police said.

Apart from the 50 employees protesting in Sushant Lok, some other employees gathered in front of the call centre in DLF-III led by Roopak Madan, working as a manager.

"The protesting employees said they had information that the call centre owner was going abroad after locking up the call centre without paying them their salaries for three months," said inspector Gaurav Phogat, SHO, Sushant Lok police station.

The company officials gave their written assurance to the employees following a meeting at the Sushant Lok police station, the SHO said.

**THE TIMES OF INDIA**
Powered by *INDIATIMES*

About us
Privacy policy
Newsletter
Sitemap

Advertise with us
Feedback
TOI Mobile
Archives

Terms of Use and Grievance Redressal Policy
RSS
ePaper

**Other Times Group news sites**
Times Crest | The Economic Times
इकनॉमिक टाइम्स | ઈકોનોમિક ટાઈમ્સ
Pune Mirror | Bangalore Mirror
Ahmedabad Mirror | ItsMyAscent
Education Times | Brand Capital
Mumbai Mirror | Times Now
Indiatimes | नवभारत टाइम्स
महाराष्ट्र टाइम्स | ವಿಜಯ ಕರ್ನಾಟಕ
Go Green

**Living and entertainment**
Timescity | iDiva | Bollywood | Zoom
Healthmeup | Luxpresso | Technoholik
Guylife | Online Songs

**Network**
itimes | Dating & Chat | Email

**Hot on the Web**
Hotklix | World | Politics
Business | Sports
Entertainment
Science & Tech
New Cars

**Services**
Book print ads | Online shopping | Free SMS | Website design | CRM | Tenders
Matrimonial | Ringtones | Astrology | Jobs | Tech Community | Property | Buy car
Bikes in India | Deals | Free Classifieds | Send money to India | Used Cars
Restaurants in Delhi | Movie Show Timings in Mumbai | Remit to India | Buy
Mobiles
Listen Songs | News

**Trending Topics**
Yahoo | Gmail | You Tube | Facebook | Twitter | Irctc | Apple iphone 5 |
Way2SMS | Aadhar Card | Facebook | UID Card

Copyright © 2012 Bennett, Coleman & Co. Ltd. All rights reserved. For reprint rights: Times Syndication Service



Phone. 0294-2419132 / 33
Fax : +91-294-2419131

# STATE BANK OF INDIA
### SME BRANCH
### 4-C, MADHUBAN, UDAIPUR (RAJASTHAN)

Sh Vikas Agarwal
Directors
PC Care 247 Solution P Ltd
Res Address: Kushal Bagh Palace,
Banswara

Ref: SL No. CM/LOAN/2012-13/680          Dated: 22.02.2013

Dear Sir,

**Regularisation of the Credit facilities**
**Payment of over due Interest & Instalments**

With reference to your latter dated 3.02.2013, you are advised to regularize your account by depositing overdue amount till date immediately.

Yours faithfully,

Chief Manager
(Enclosed: as above)



(REGISTERED POST)

To,
Hon'ble Judge Paul A. Engelmayer,
District Judge,
United States District Court for the Southern District of New York,
500 Pearl Street, New York,
NY 10007-1312
United States of America

From,
PCCare247 Solutions Private Limited
Office No.3, 6th Floor, Tower B,
Building No.14B, DLF Cyber City,
Gurgaon 122 002
Haryana - INDIA